**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 26-cv-2744-WJM

LUIS ADAN BELTRAN OROZCO,

     Petitioner,

v.

GEORGE VALDEZ, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement, *et al*.

     Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND
SETTING BRIEFING SCHEDULE**

---

Before the Court is Petitioner Luis Adan Beltran Orozco's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition")  (ECF No. 1).

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents George Valdez, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security;  Todd Blanche, in his official capacity as Acting U.S. Attorney General; Juan Baltazsar, in his official capacity as Warden of the Denver Contract Detention Facility; U.S. Department of Homeland Security; and Executive Office of Immigration Review, with a copy of the Petition, and all accompanying papers, along with a copy of this Order, **by electronic mail on or before June 24, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why the Petition should not be granted by no later than **July 2, 2026**.  Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

**Finally, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.**

Dated this 23rd day of June, 2026.

BY THE COURT:

William J. Martinez
Senior United States District Judge