**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02744-WJM

LUIS ADAN BELTRAN OROZCO,

Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary, Department of Homeland Security, in his official capacity,
TODD BLANCHE, Acting U.S. Attorney General, in his official capacity,
JUAN BALTAZAR, Warden of the Denver Contract Facility, in his capacity,
US DEPARTMENT OF HOMELAND SECURITY, and
EXECUTIVE OFFICE OF IMMIGRATION REVIEW,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Petition for Writ of Habeas Corpus [ECF 11] entered by United States District Judge William J. Martinez on July 10, 2026, it is

ORDERED that the Court's [ECF 5] Order to Show Cause is MADE ABSOLUTE and Petitioner's [ECF 1] Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek

attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 24th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: ______________________
H. Guerra, Deputy Clerk